IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLIFF O. HANSON, #N17986,
    Plaintiff,

vs.                                      Case No.: 3:09cv195/RV/EMT

WARDEN CULPEPPER, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 1, 2009 (Doc. 10). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

3. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 2nd day of July, 2009.

                                            /s/ _Roger Vinson_
                                           **ROGER VINSON**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**